DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

—————————————

DEBRA J. SLONE,

Appellant,

v.

BRANDON AUTOMOTIVE MANAGEMENT, LLC, MARIO ARTURO
AHUMADA, and JAY MICHAEL SIMON,

Appellees.

No. 2D22-2844

—————————————

November 17, 2023

Appeal from the Circuit Court for Hillsborough County; Paul L. Huey,
Judge.

Debra J. Slone, pro se.

Michael D. Siegel and Lindsay Polega of Katz Siegel & Maple P.L., for
Appellee Brandon Automotive Management, LLC.

No appearance for remaining Appellees.

PER CURIAM.

    Affirmed.

VILLANTI, LaROSE, and BLACK, JJ., Concur.

—————————————

Opinion subject to revision prior to official publication.